| | |
|---|---|
| 1 | Robert A. Bailey (#214688) |
|   |   rbailey@afrct.com |
| 2 | E. Christine Hehir (#201969) |
|   |   chehir@afrct.com |
| 3 | ANGLIN, FLEWELLING, RASMUSSEN |
|   | CAMPBELL & TRYTTEN LLP |
| 4 | 199 South Los Robles Avenue, Suite 600 |
|   | Pasadena, California 91101-2459 |
| 5 | Telephone: (626) 535-1900 |
|   | Facsimile: (626) 577-7764 |

Attorneys for Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

FILED
2012 DEC 17 P 3:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VIGHYAN PRATAP and SUNILA PRATAP,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DOES 1-100, INCLUSIVE,

    Defendants.

CASE NO.: CV 12 6378 MEJ

CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY DEFENDANT WELLS FARGO BANK, N.A.

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS:

    The undersigned, counsel of record for Defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///
///



93000/FR0457/00436712-1

1      NOTICE OF INTERESTED PARTIES

| | | |
|---|---|---|
| 1. | Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. f/k/a Wachovia Mortgage, FSB f/k/a World Savings Bank, FSB | Defendant |
| 2. | Wells Fargo & Co. | Publicly-traded parent of Wells Fargo Bank, N.A. |

Respectfully submitted,

Dated: December 17, 2012

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _____
E. Christine Hehir
chehir@afrct.com
Attorneys for Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a WACHOVIA MORTGAGE, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES BY DEFENDANT WELLS FARGO BANK, N.A.**

on the interested parties in said case as follows:

*Served by Means other than the Court's CM/ECF System:*

*Counsel for Plaintiffs:*

Michael Yesk
Megan Daily
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, California 94523
Tel: 925.849.5525
yesklaw@gmail.com

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **December 17, 2012**.

Christine Daniel
(Type or Print Name)

(Signature of Declarant)