UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VIGHYAN PRATAP, et al. | No. C 12-6378 MEJ |
| Plaintiffs, | **ORDER RE: TRO** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

On January 17, 2013, the Court referred this matter to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 12. At that time, the Court stayed <u>any</u> pending proceedings regarding the subject properties. Accordingly, no foreclosure sales are permitted at this time and Plaintiffs' motion for a temporary restraining order is GRANTED.

**IT IS SO ORDERED.**

Dated: February 14, 2013

_____
Maria-Elena James
United States Magistrate Judge