Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
Yesk Law
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
Telephone: 925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIGHYAN PRATAP and SUNILA PRATAP, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DOES 1-100, INCLUSIVE, <br><br> Defendants. | Case No.: 3:12-cv-06378-MEJ <br><br> [Proposed] ORDER ON PLAINTIFFS' REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS <br><br> Date: April 18, 2013 <br> Time: 10:00 AM <br> Ctrm: B, 15th Floor <br> Judge: Hon. Mag. Judge Maria-Elena James |

WHEREAS, Megan Dailey, counsel for Plaintiffs, requests leave to appear telephonically at MOTION TO DISMISS set for April 18, 2013, at 10:00 am in Courtroom B, 15th Floor of the above-entitled Court from the telephone number listed in the Attorney caption, (925) 849-5525.

WHEREAS, Grounds for the request are as follows:

1. Plaintiffs' counsel is located in Pleasant Hill, California, one hour from the Court; and

2. An appearance by telephone will save considerable legal fees and costs.

[Proposed] ORDER ON PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT MOTION TO DISMISS - 1

1
2
3      IT IS HEREBY ORDERED, Plaintiffs' request to appear by telephone is granted. The
4 courtroom deputy clerk will initiate the telephone call ~~5-10 minutes prior to the time of the~~ when the Court is ready for the
5 scheduled hearing through the court's telephone conferencing system in the courtroom.
6
7 DATED: April  4 , 2013         _____
                                 Hon. Mag. Judge Maria-Elena James
8
9
10
...
26

[Proposed] ORDER ON PLAINTIFFS' REQUEST TO APPEAR
TELEPHONICALLY AT MOTION TO DISMISS - 2