Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIGHYAN PRATAP AND SUNILA PRATAP,<br><br>       PLAINTIFFS,<br><br>       VS.<br><br>WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DOES 1-100, INCLUSIVE,<br><br>       DEFENDANTS.<br>_____ | Case: 3:12-cv-06378-MEJ<br><br>[Proposed] TEMPORARY RESTRAINING ORDER<br><br>DATE:            ,2013<br>TIME:<br>CTRM: B, 15th Floor |

    Plaintiffs apply for issuance of a renewed Temporary Restraining Order and Preliminary Injunction, enjoining and preventing Defendants WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DOES 1-100, INCLUSIVE; and each of them, and their agents, assigns, and/or transferees, from completing the foreclosure of the real property located at 718 West Sunset Blvd #722, Hayward, CA 94541-4722, APN No. 432-0020-041; 730 West Sunset Blvd #734, Hayward, CA 94541-4722, APN No. 432-0020-040; 1844 Bockman Road, San Lorenzo, CA 94580-2133, APN No. 411-0051-032; 1970 149th Avenue, San Leandro, CA 94578-1302, APN No. 080-0008-019.  If a Temporary Restraining

[Proposed] ORDER

- 1

Order and Preliminary Injunction are not granted, Plaintiffs will lose their properties.  They will be irreparably harmed as a result.

The Court, having reviewed the application for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Points and Authorities, the Declaration of Megan Dailey, and all other documents on file herein,

IT IS HEREBY ORDERED THAT:

Defendants WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DOES 1-100, INCLUSIVE, and their agents, assigns and/or transferees, are hereby enjoined from completing the foreclosure of the real properties located at 718 West Sunset Blvd #722, Hayward, CA 94541-4722, APN No. 432-0020-041; 730 West Sunset Blvd #734, Hayward, CA 94541-4722, APN No. 432-0020-040; 1844 Bockman Road, San Lorenzo, CA 94580-2133, APN No. 411-0051-032; 1970 149th Avenue, San Leandro, CA 94578-1302, APN No. 080-0008-019, encumbering or transferring any right, title, or interest in the property, or taking any other enforcement actions, until ~~trial is complete, or until further Order of this Court.~~ ãæb~→|\↔~^Á~àÁŒæàæ^äá^\bCÁR~\↔~^Á\~ÁŒ↔↑↔bbÈ

~~The hearing for the request for Preliminary Injunction shall be heard in Ctrm ___ of the above-entitled Court at __:__ _.m., on May ____, 2013.~~

~~Defendants shall file their Opposition, if any, by April __, 2013.~~

~~Plaintiffs shall file their Reply brief, if any, by May ___, 2013.~~

~~Other Orders:~~

Dated:  April  _FIJ__, 2013

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES

~~[Proposed]~~ ORDER

- 2