UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VIGHYAN PRATAP, | No. C 12-06378 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING RE: DOCKET NO. 4** |
| v. | |
| WELLS FARGO BANK N.A., | |
| Defendant(s). | |

This matter is currently scheduled for a hearing regarding Defendants' Motion to Dismiss on April 18, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: April 17, 2013

_____
Maria-Elena James
United States Magistrate Judge