UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VIGHYAN PRATAP, *et al.*, | No. C 12-06378 MEJ |
| Plaintiffs, | **ORDER RESETTING HEARING DATE** |
| v. | |
| WELLS FARGO BANK N.A., | |
| Defendant. | |

Pending before the Court is Defendant Wells Fargo Bank N.A.'s Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. No. 37) and Motion to Strike (Dkt. No. 38). The Motions are set for hearing on December 19, 2013. The Court **HEREBY RESETS** the hearing date on the Motions for February 20, 2014 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: December 18, 2013

_____
Maria-Elena James
United States Magistrate Judge