UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIGHYAN PRATAP, et al.,

          Plaintiffs,

    v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.

Case No.  12-cv-06378-MEJ

**ORDER VACATING HEARING RE: MOTION TO DISMISS**

Re: Docket No. 37

       Pending before the Court is Defendants' Motion to Dismiss.  Dkt. No. 37.  On December 17, 2012, Wells Fargo Bank, N.A. ("Defendant") removed this case to federal court based upon diversity of the parties.  Dkt. No. 1.  The Ninth Circuit is currently considering the issue of whether Defendant is a citizen of California in an appeal entitled *Rouse v. Wachovia Bank, FSB*, Ninth Circuit Docket No. 12-55278.  Accordingly, the Court finds it appropriate to stay any further action in this case pending the outcome of *Rouse*.  Accordingly, the Court VACATES the February 27, 2013 hearing on the motion to dismiss.  The parties shall file a joint status report within 30 days of the Ninth Circuit's ruling in *Rouse*.  This stay does not affect any ADR deadlines in this case.

       **IT IS SO ORDERED.**

Dated: February 14, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

*United States District Court*
*Northern District of California*