UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIGHYAN PRATAP, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  12-cv-06378-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. Nos. 37, 38 |

　　　This matter is currently scheduled for a hearing regarding Defendants' Motions to Dismiss and Strike on June 19, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 19 hearing.  The Court shall issue an order forthwith.

　　　**IT IS SO ORDERED.**

Dated: June 11, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge